IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1:17-cv-2 |
| | ) | Jury Trial Demanded |
| WAL-MART STORES EAST, LP, | ) | Judge Greer |
| | ) | Magistrate Judge Lee |
| Defendant. | ) | |

**AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been resolved and this case should be dismissed with prejudice.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that this matter is hereby dismissed with prejudice that the costs incurred by the Court Clerk (and no other costs) are taxed to Defendant.

**IT IS SO ORDERED** this 17th day of August, 2018., 20xxxx

_____
**JUDGE**

**APPROVED FOR ENTRY:**

s/ Elle G. Kern_____
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for Defendant

s/ H. Franklin Chancey (by EGK w/ permission)
H. Franklin Chancey, No. 013187
CHANCEY, KANAVOS, LOVE & PAINTER
P.O. Box 42
Cleveland, TN 37364-0042
(423) 479-9186
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the electronic filing system upon:

H. Franklin Chancey
CHANCEY, KANAVOS, LOVE & PAINTER
P.O. Box 42
Cleveland, TN 37364-0042

this the 16th day of August, 2018.

s/ Elle G. Kern

2